| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF TEXAS |
| Case number *(if known)* _____   Chapter  **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **ACM Fatz VII LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **Fatz Cafe** **Cafe Holdings Corp** **Cafe Enterprises** **ACM Fatz VII LLC purchased Fatz Cafe out of Ch 11 18-05837** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **83-2280995** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** **500 East State Highway 114** **Suite 300** **Southlake, TX 76092** Number, Street, City, State & ZIP Code **Tarrant** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **Fatz.com** |
| **6.** | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **ACM Fatz VII LLC**      Case number (*if known*) _____
   Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   **7225**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☑ No
- ☐ Yes.

Debtor **ACM Fatz VII LLC**     Case number (*if known*)
    Name

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- [✓] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [ ] No
- [✓] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [✓] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

**Where is the property?**    **SEE ATTACHED**
Number, Street, City, State & ZIP Code

**Is the property insured?**
- [ ] No
- [✓] Yes. Insurance agency **SEE SCHEDULE G**
   Contact name _____
   Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
- [ ] Funds will be available for distribution to unsecured creditors.
- [✓] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [ ] 1-49
- [ ] 50-99
- [ ] 100-199
- [✓] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [✓] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [✓] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor **ACM Fatz VII LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/25/2023
MM / DD / YYYY

X  *[signature]*
Signature of authorized representative of debtor

**Azam Malik**
Printed name

Title  **CEO of Debtor**

**18. Signature of attorney**

X  /s/ *Trinitee G. Green*
Signature of attorney for debtor

Date  08/25/2023
MM / DD / YYYY

**Trinitee G. Green**
Printed name

**Polsinelli PC**
Firm name

**2950 N. Harwood
Suite 2100
Dallas, TX 75201**
Number, Street, City, State & ZIP Code

Contact phone  (214) 397-0030    Email address  tggreen@polsinelli.com

**24081320 TX**
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

**Fill in this information to identify the case:**

Debtor name: **ACM Fatz VII LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/25/2023   x _/s/ Azam Malik_
Signature of individual signing on behalf of debtor

**Azam Malik**
Printed name

**CEO of Debtor**
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

## ACM FATZ VII LLC d/b/a Fatz Café Consent Resolution

The undersigned, being the Board of Managers (the "**Board**") and holders of 100% of the membership interests in ACM FATZ VII LLC d/b/a Fatz Café (the "**Company**"), a limited liability company created under the Delaware Limited Liability Company Act (the "**Act**"), acting pursuant to Section 18-404(d) of the Act and Section 5.1 of the Company's Amended and Restated Operating Agreement of ACM FATZ VII LLC, dated as of November 13, 2018 (the "**Operating Agreement**") and that certain Equity Sale Agreement, dated December 9, 2022, between ACM Fatz VII Inc., as seller ("**Seller**"), and Aslam Khan, as purchaser ("**Purchaser**"), pursuant to which Purchaser (i) acquired Seller's interest in the Company, including 600 units, or 60% of the total units (the "**Purchased Units**") issued by the Company and (ii) agreed to be bound by the terms of the Operating Agreement and to succeed to, and affirmatively assume, all other obligations of the Seller with respect to the Purchased Units under the Operating Agreement, hereby adopt the resolutions set forth below by signing their written consents hereto in lieu of a meeting, and hereby direct that this written consent be filed with the minutes of the proceedings of the Board.

**WHEREAS**, the Board has considered presentations by management and legal advisors of the Company regarding the liabilities and liquidation situation of the Company, the strategic alternatives to it, and the effect of the foregoing on the Company's business; and

**WHEREAS**, the Board has had the opportunity to consult with the management and the financial and legal advisors of the Company to fully consider each strategic alternative available to the Company.

**NOW, THEREFORE, IT IS**

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company, and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief under the provisions of Chapter 7 of Title 11 of the United States Code;

**RESOLVED** that pursuant to Section 5.2(iii) of the Operating Agreement, Azam Malik, as President of the Company, Jill Filipiak as Chief Financial Officer and such other officers as may be designated by the President (collectively, the "**Authorized Officers**"), acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered to execute and file on behalf of the Company the petition, schedules, lists and other papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief;

**RESOLVED** that, pursuant to Section 5.2(iii) of the Operating Agreement, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to continue to employ the law firm of Polsinelli PC as counsel to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 7 case;

**RESOLVED** that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered for, in the name of and on behalf of the Company to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

**RESOLVED** that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

IN WITNESS WHEREOF the undersigned has executed this certificate on this 23rd day of August, 2023.

_____
Aslam Khan

_____
FALCON HOLDINGS MANAGEMENT LLC, a
Delaware limited liability company
Aslam Khan

2

90876953.3

# **Petition #12 Attachment**

| Combined | Loc # | Unit Name | Address | City | State | Zip | County | Phone |
|---|---|---|---|---|---|---|---|---|
| Location # 0007, Greenwood, SC | 0007 | Greenwood | 1302 Montague Ave. Ext. | Greenwood | SC | 29649 | Greenwood | 864-229-3711 |
| Location # 0012, Greer, SC | 0012 | Greer | 1361 W. Wade Hampton Blvd. Ste. A | Greer | SC | 29650 | Greenville | 864-801-9782 |
| Location # 0014, Orangeburg, SC | 0014 | Orangeburg | 3575 St. Matthews Rd. | Orangeburg | SC | 29118 | Orangeburg | 803-534-8000 |
| Location # 0015, Asheville, NC | 0015 | Asheville | 5 Spartan Ave. | Asheville | NC | 28806 | Buncombe | 828-665-9950 |
| Location # 0016, Shelby, NC | 0016 | Shelby | 1235 E. Dixon Blvd. | Shelby | NC | 28152 | Cleveland | 704-482-8116 |
| Location # 0018, Lexington, SC | 0018 | Lexington | 942 East Main Street | Lexington | SC | 29072 | Lexington | 803-808-1905 |
| Location # 0022, Morganton, NC | 0022 | Morganton | 2111 S. Sterling Street | Morganton | NC | 28655 | Burke | 828-430-9766 |
| Location # 0023, Greeneville, TN | 0023 | Greeneville | 3140 E. Andrew Johnson Hwy. | Greeneville | TN | 37745 | Greene | 423-787-9090 |
| Location # 0024, Lincolnton, NC | 0024 | Lincolnton | 1430 E. Main St. | Lincolnton | NC | 28092 | Lincoln | 704-732-7155 |
| Location # 0025, Florence, SC | 0025 | Florence | 2007 W. Lucas St. | Florence | SC | 29501 | Florence | 843-413-9186 |
| Location # 0027, Rock Hill, SC | 0027 | Rock Hill | 478 S. Herlong Ave. | Rock Hill | SC | 29732 | York | 803-980-6500 |
| Location # 0034, Elizabethton, TN | 0034 | Elizabethton | 980 Over Mountain Dr. | Elizabethton | TN | 37643 | Carter | 423-547-0001 |
| Location # 0037, Kingsport, TN | 0037 | Kingsport | 2610 W. Stone Dr. | Kingsport | TN | 37660 | Sullivan | 423-392-9885 |
| Location # 0038, Camden, SC | 0038 | Camden | 212 Wall Street | Camden | SC | 29020 | Kershaw | 803-432-3439 |
| Location # 0039, Clinton, SC | 0039 | Clinton | 179 East Corporate Center Dr. | Clinton | SC | 29325 | Laurens | 864-833-5280 |
| Location # 0043, Dublin, VA | 0043 | Dublin, VA | 4586 Alexander Farm Rd. | Dublin | VA | 24084 | Pulaski | 540-674-8046 |
| Location # 0045, Jasper, GA | 0045 | Jasper | 800 Noah Avenue | Jasper | GA | 30143 | Pickens | 706-692-0003 |
| Location # 0049, Franklin, NC | 0049 | Franklin | 107 Sawmill Village Lane | Franklin | NC | 28734 | Macon | 828-524-5265 |
| Location # 0050, Lenoir, NC | 0050 | Lenoir | 975 Blowing Rock Blvd. NW | Lenior | NC | 28645 | Caldwell | 828-758-6190 |