**U.S. Bankruptcy Court**
**501 W. Tenth Street**
**Fort Worth, TX 76102**

ACM FATZ VII LLC
Case No. 23-42511-7

Undeliverable Address:
Georgia Power
Role type/cr id: 20228194
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:
**96 ANNEX**
**ATLANTA, GA, 30396**

---

Undeliverable Address:
Greenville Water Commission
Role type/cr id: 20228201
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:
**PO BOX 368**
**GREENEVILLE, TN, 37744**

---

Undeliverable Address:
Gregory Albert
4060 Robinson Track Rd
Pulaski, VA 24301
Role type/cr id: 20228205
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:
**4060 ROBINSON TRACT RD**
**PULASKI, VA, 24301**

---

Undeliverable Address:
JOHN DENTON
1910 CANDELAR DRIVE
Role type/cr id: 20228221
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:
**1910 CANDELAR DRIVE**
**HIGH POINT, NC, 27265**

---

91060804.1

Undeliverable Address:
SPEARS SERVICES
3501 W Market St.
, NH 03760-4000
Role type/cr id: 20228314
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:
**3501 W MARKET ST. SUITE 1**
**JOHNSON CITY, TN, 37604**

_____

Undeliverable Address:
Sentiment Search Limited
Role type/cr id: 20228298
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:
**NO ADDRESS**

_____

Undeliverable Address:
TWC Services, Inc.
PO BOX 14496
Role type/cr id: 20228340
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:
**PO BOX 14496**
**DES MOINES, IA, 50306**

_____

 _/s/ Trinitee G. Green_____          August 30, 2023_____
Signature of Debtor or Debtor's Attorney        Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

2

91060804.1