## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1

| Case No.: | 23-42511-ELM | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|
| Case Name: | ACM FATZ VII LLC | Date Filed (f) or Converted (c): | 08/25/2023 (f) |
| For the Period Ending: | 7/20/2024 | §341(a) Meeting Date: | 09/20/2023 |
| | | Claims Bar Date: | 12/19/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Overpayment/Refund | $0.00 | $0.00 | | $8,340.39 | $0.00 |
| 2  Accounts Receivable (scheduled) | $0.00 | $0.00 | | $8,172.38 | $0.00 |

**TOTALS (Excluding unknown value)**                                                                                 **Gross Value of Remaining Assets**
$0.00          $0.00          $16,512.77          $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 07/20/2024 | Counsel is working with NC Department of Revenue to obtain funds belonging to the bankruptcy estate. |
| 07/03/2024 | Trustee is still in the process of reviewing the value/status of scheduled assets. |
| 01/11/2024 | Trustee is in the process of reviewing value/status of scheduled assets. Trustee has hired counsel to assist him. |

**Initial Projected Date Of Final Report (TFR):** 06/01/2024     **Current Projected Date Of Final Report (TFR):** 12/31/2024

/s/ RODDRICK B. NEWHOUSE
RODDRICK B. NEWHOUSE