# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 23-42511 | | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|---|
| Case Name: | ACM FATZ VII LLC | | Date Filed (f) or Converted (c): | 08/25/2023 (f) |
| For the Period Ending: | 06/30/2024 | | §341(a) Meeting Date: | 09/20/2023 |
| | | | Claims Bar Date: | 12/19/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Overpayment/Refund  (u) | $0.00 | $0.00 | | $8,340.39 | $0.00 |
| 2  Accounts Receivable (scheduled) | $0.00 | $0.00 | | $8,172.38 | $0.00 |
| 3  Aged Garnishment Account  (u) | $0.00 | $0.00 | | $0.00 | $0.00 |

**TOTALS (Excluding unknown value)**                                                                                                                     **Gross Value of Remaining Assets**

|  | $0.00 | $0.00 | | $16,512.77 | $0.00 |

---

**Major Activities affecting case closing:**

| 07/20/2024 | Counsel is working with NC Department of Revenue to obtain funds belonging to the bankruptcy estate. |
| 07/03/2024 | Trustee is still in the process of reviewing the value/status of scheduled assets. |
| 01/11/2024 | Trustee is in the process of reviewing value/status of scheduled assets.  Trustee has hired counsel to assist him. |

**Initial Projected Date Of Final Report (TFR):**   06/01/2024    **Current Projected Date Of Final Report (TFR):**   12/31/2024    /s/ RODDRICK B. NEWHOUSE

RODDRICK B. NEWHOUSE

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 23-42511 | | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|---|
| Case Name: | ACM FATZ VII LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0995 | | Checking Acct #: | ******1101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 07/01/2023 | | Blanket bond (per case limit): | $23,530,394.00 |
| For Period Ending: | 06/30/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/07/2023 | (1) | Hormel Financial Services Corporation | Overpayment/Refund | 1290-000 | $462.60 | | $462.60 |
| 09/08/2023 | (2) | Boyd Hospitality LLC | AR | 1121-000 | $210.00 | | $672.60 |
| 09/08/2023 | (2) | Ballad Health | AR | 1121-000 | $166.04 | | $838.64 |
| 09/30/2023 | (1) | State of Tennessee | Tax refund check, Franchise/Excise tax | 1224-000 | $3,102.00 | | $3,940.64 |
| 10/16/2023 | (1) | South Carolina State Treasurer | Disbursement or Refund | 1224-000 | $1,150.00 | | $5,090.64 |
| 10/16/2023 | (1) | South Carolina State Treasurer | Disbursement or Refund | 1224-000 | $1,150.00 | | $6,240.64 |
| 11/09/2023 | (1) | North Lane Technologies | Refund Check from American Electric Power | 1290-000 | $1,770.63 | | $8,011.27 |
| 12/16/2023 | (1) | Commonwealth of Virginia | Pass thorough entity refund | 1290-000 | $705.16 | | $8,716.43 |
| 04/18/2024 | (2) | Dr Pepper/Seven Up, Inc. | Accounts Receivable | 1121-000 | $6,513.00 | | $15,229.43 |
| 04/18/2024 | (2) | USA Baseball | Pulaski@Kingsport Meal - 7/21 | 1121-000 | $1,283.34 | | $16,512.77 |
| | | | TOTALS: | | $16,512.77 | $0.00 | $16,512.77 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $16,512.77 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $16,512.77 | $0.00 | |

| For the period of 07/01/2023 to 06/30/2024 | | For the entire history of the account between 09/01/2023 to 6/30/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $16,512.77 | Total Compensable Receipts: | $16,512.77 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,512.77 | Total Comp/Non Comp Receipts: | $16,512.77 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| | | |
|---|---|---|
| **Case No.** | 23-42511 | |
| **Case Name:** | ACM FATZ VII LLC | |
| **Primary Taxpayer ID #:** | **-***0995 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 07/01/2023 | |
| **For Period Ending:** | 06/30/2024 | |

| | |
|---|---|
| **Trustee Name:** | Roddrick B. Newhouse |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******1101 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $23,530,394.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $16,512.77 | $0.00 | $16,512.77 |

**For the period of 07/01/2023 to 06/30/2024**

| | |
|---|---|
| Total Compensable Receipts: | $16,512.77 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,512.77 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/01/2023 to 6/30/2024**

| | |
|---|---|
| Total Compensable Receipts: | $16,512.77 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,512.77 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |